IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| OREGON NATURAL DESERT ASS'N and WESTERN WATERSHEDS PROJECTS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 04-334-KI |
| vs. | ) ) | ORDER |
| WAYNE WETZEL, Acting Field Manager, Jordan Resource Area, BLM, DAVE HENDERSON, Vale District Manager, BLM, BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

    Peter M. Lacy
    Oregon Natural Desert Association
    917 S. W. Oak Street, Suite 408
    Portland, Oregon 97205

    Stephanie M. Parent
    Pacific Environmental Advocacy Center
    10015 S. W. Terwilliger Blvd.
    Portland, Oregon 97219

        Attorneys for Plaintiffs

Page 1 - ORDER

Karin J. Immergut
United States Attorney
District of Oregon
Stephen J. Odell
Assistant United States Attorney
United States Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Bradley Grenham
Special Assistant United States Attorney
Office of the Regional Solicitor
United States Department of the Interior
500 N. E. Multnomah Street, #607
Portland, Oregon 97232

    Attorneys for Defendants

KING, Judge:

Plaintiffs' motion for summary judgment (#10) is denied. Defendants' motion for summary judgment (#25) is granted.

IT IS SO ORDERED.

Dated this   17th   day of August, 2005.

          /s/ Garr M. King
          Garr M. King
          United States District Judge